UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

LINDA DESHIELDS

    Plaintiff,

V.                                      CIVIL ACTION NO.
                                          1:09cv258 BEL

SMITH DEAN AND ASSOCIATES

Defendant.                                    FEBRUARY 10, 2010

## NOTICE OF DISSMISSAL

The plaintiff through her attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

THE PLAINTIFF

BY/S/Bernard T. Kennedy
Bernard T. Kennedy, Esquire
The Kennedy Law Firm
P.O. Box 657
Edgewater, MD 21037
Ph  (443) 607-8901
Fax (443) 607-8903
Fed. Bar # Md26843
bernardtkennedy@yahoo.com

APPROVED THIS 16th DAY OF February 2010

/s/ Benson Everett Legg

BENSON EVERETT LEGG, U.S.D.J.